RECEIVED
JUL 26 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUISIANA COLLEGE | DOCKET NO. 12-cv-0463 |
| VERSUS | JUDGE DEE D. DRELL |
| KATHLEEN SEBELIUS, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 18) is DENIED as MOOT.

IT IS FURTHER ORDERED that defendants may file a motion to dismiss pertaining to the amended complaint if warranted.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 26th day of July, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE